IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MAMADOU ALIOU BARRY,** | : | Case No. 1:26-cv-240 |
| Petitioner, | : : : | |
| vs. | : : | **Judge Matthew W. McFarland** |
| **ACTING DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, Detroit Field Office, Immigration and Customs Enforcement,** *et al.*, | : : : : : | **Magistrate Judge Chelsey M. Vascura** |
| Respondents. | | |

## ORDER

Petitioner, Mamadou Aliou Barry, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at <u>john.stark@usdoj.gov</u>. The Clerk is **further DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file notices of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than March 17, 2026.

**IT IS SO ORDERED.**

March 9, 2026 *s/Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge