**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **MAMADOU ALIOU BARRY,** | : | **Case No. 1:26-cv-240** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **Judge Matthew W. McFarland** |
| | : | |
| | : | |
| **KEVIN RAYCRAFT, Director,** | : | **Magistrate Judge Chelsey M. Vascura** |
| **Enforcement and Removal** | | |
| **Operations, Detroit Field Office,** | : | |
| **Immigration and Customs** | : | |
| **Enforcement,** *et al.*, | | |
| | | |
| **Respondents.** | | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 2). They have now done so. (Doc. 4). Based on that joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due:  April 10, 2026

- Barry's Reply Due:  April 17, 2026.

**IT IS SO ORDERED.**

Date:  3/17/2026                     /s/Chelsey M. Vascura
                                CHELSEY M. VASCURA
                                United States Magistrate Judge